*UNITED STATES DISTRICT COURT*
*FOR THE DISTRICT OF RHODE ISLAND*

# JUDGMENT IN A CIVIL CASE

**Michelle Bard**

**v.** **CA NO. 03-355L**

**Mark Steven CVS, Inc.,**
**Consumer Value Stores of RI,Inc.**
**And CVS, Inc.**

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X ] Decision by the Court. this action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED:**

**JUDGMENT IS HEREBY ENTERED for the Defendants Mark Steven CVS, Inc., Consumer Value Stores of RI,Inc. And CVS, Inc.against the plaintiff Michelle Bard pursuant to an Order entered July 15, 2005 granting the defendants motion for summary judgment.**

*Barbara J. Gilfillan.*
Deputy Clerk
July 15, 2005